AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shadid, James E. | United States District Court, Central District of Illinois | 5/7/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief United States District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
100 N.E. Monroe, Room 204
Peoria, IL 61602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Bradley University, Peoria, IL |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/01-3/11 | Judges Retirement System of Illinois - Pension upon retirement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/7/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/7/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/7/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanly Smith Barney Acct. 1 | A | Interest | K | T | | | | | |
| 2. IRA 1 - Lines 2-52 | | | O | T | | | | | |
| 3. -Abbott Laboratories (ABT) | A | Int./Div. | K | T | | | | | |
| 4. -ABBVIE(ABBV) | A | Int./Div. | K | T | | | | | |
| 5. -Alphabet Inc. CLC (Goog)See Explanation Part VIII | A | Int./Div. | J | T | | | | | |
| 6. -Bank of America Corp. (BAC) | A | Int./Div. | K | T | | | | | |
| 7. -Barrick Gold Corp CAD (ABX) | A | Int./Div. | J | T | | | | | |
| 8. -Berkshire Hatthaway Inc. CL B (BRK'B) | A | Int./Div. | K | T | | | | | |
| 9. -Biogen IDEC Inc. (BLLB) | A | Int./Div. | K | T | | | | | |
| 10. -Chubb Corp. (CB) | A | Int./Div. | J | T | | | | | |
| 11. -Cisco Sys. Inc. (CSCO) | A | Int./Div. | J | T | | | | | |
| 12. -EBAY Inc. (EBAY) | A | Int./Div. | J | T | | | | | |
| 13. -Emerson Electric Co. (EMR) | B | Int./Div. | | | Sold | 09/25/17 | J | C | |
| 14. -Exxon Mobil Corp. (XOM) | B | Int./Div. | | | Sold | 11/09/17 | J | B | |
| 15. -Fluor Corp. New (FLR) | A | Int./Div. | J | T | | | | | |
| 16. -Freeport McMoran Copper & Gold (FCX) | A | Int./Div. | J | T | | | | | |
| 17. -Gamestop Corp CLA New (GME) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/7/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Gap Inc. Delaware (GPS) | A | Int./Div. | | | Sold | 09/25/17 | J | A | |
| 19. -Home Depot Inc. (HD) | A | Int./Div. | K | T | | | | | |
| 20. -Intel Corp. (INTC) | A | Int./Div. | J | T | | | | | |
| 21. -Intl. Business Machines Corp. (IBM) | A | Int./Div. | K | T | | | | | |
| 22. -Johnson & Johnson (J&J) | A | Int./Div. | K | T | | | | | |
| 23. -Juniper Networks Inc. (JNPR) | A | Int./Div. | J | T | | | | | |
| 24. -Kopernik Glb all Cap Instl | A | Int./Div. | J | T | | | | | |
| 25. -Kraft Heinz Co. (KHC) | A | Int./Div. | J | T | | | | | |
| 26. -L3 Communications Hldgs Inc. (LLL)(n/k/a L3 Technologies, Inc.) | A | Int./Div. | J | T | | | | | |
| 27. -Lam Research (fka Novellus) (LRCX) | A | Int./Div. | | | Sold | 11/03/17 | K | E | |
| 28. -McKesson Corporation (MCK) | A | Int./Div. | J | T | | | | | |
| 29. -Merck & Co. Inc. New (MRK) | A | Int./Div. | | | Sold | 09/25/17 | J | A | |
| 30. -Microsoft Corp. (MSFT) | A | Int./Div. | K | T | | | | | |
| 31. -Mondelez Intl. (MDLZ) | A | Int./Div. | J | T | | | | | |
| 32. -Nasdaq OMX Group Inc. (NDAQ) | A | Int./Div. | | | Sold | 09/25/17 | J | C | |
| 33. -Novartis AG ADR (NVS) | A | Int./Div. | | | Sold | 09/25/17 | J | C | |
| 34. -Nucor Corp. (NUE) | A | Int./Div. | | | Sold | 09/25/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Oaktree Capital CP LLC UT-A | A | Int./Div. | J | T | | | | | |
| 36. -Pepsico Inc. (PEP) | A | Int./Div. | J | T | | | | | |
| 37. -Paypal Hldgs. (PYPL) | A | Int./Div. | K | T | | | | | |
| 38. -Pfizer Inc. (PFE) | A | Int./Div. | K | T | | | | | |
| 39. -Pimco (PCI) | A | Int./Div. | K | T | | | | | |
| 40. -Proctor & Gamble Co. (PG) | A | Int./Div. | | | Sold | 09/25/17 | J | C | |
| 41. -State Street Cor. (STT) | A | Int./Div. | K | T | | | | | |
| 42. -Taiwan Semiconductor Mfg. (TSM) | A | Int./Div. | J | T | | | | | |
| 43. -Texas Instruments Inc. (TXN) | A | Int./Div. | K | T | | | | | |
| 44. -Unilever PLC Spons ADR NEW (UL) | A | Int./Div. | | | Sold | 09/25/17 | K | E | |
| 45. -United Parcel Service CLB (UPS) | A | Int./Div. | J | T | | | | | |
| 46. -Verizon Communications (VZ) | A | Int./Div. | J | T | | | | | |
| 47. -Viacom Inc. (VIAB) | A | Int./Div. | J | T | | | | | |
| 48. -VISA Inc. Com CLA (V) | A | Int./Div. | K | T | | | | | |
| 49. -Vodafone Group PLC Spons (VOD) | A | Int./Div. | J | T | | | | | |
| 50. -Walgreens (WAG) n/k/a Walgreen Boots (WBA) | A | Int./Div. | J | T | | | | | |
| 51. -Walt Disney Co. (DIS) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/7/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Morgan Stanly Smith Barney Bank Deposit Program - Cash | | | M | T | | | | | |
| 53. IRA 2 (Lines 53-56) | A | Int./Div. | K | T | | | | | |
| 54. -Consolidated Edison Inc. (ED) | C | Int./Div. | J | T | | | | | |
| 55. -Legg Mason CB Large Cap Growth SBLGX | A | Int./Div. | J | T | | | | | |
| 56. -Morgn Stanly Smith Barney Bank Deposit Program - Cash | A | Int./Div. | J | T | | | | | |
| 57. Morgan Stanley Smith Barney Acct. 2 (Lines 57-60) | | | K | T | | | | | |
| 58. -Legg Mason CB Appreciation CL SHAPX | A | Int./Div. | K | T | | | | | |
| 59. -Legg Mason Clearbridge Aggress - SHRAX | A | Int./Div. | K | T | | | | | |
| 60. -Morgan Stanley Smith Barney Bank Deposit Program - Cash | A | Int./Div. | K | T | | | | | |
| 61. MSSB Acct. 3 (Lines 61-74) | | | M | T | | | | | |
| 62. -Alcoa Inc. (AA) | A | Int./Div. | J | T | | | | | |
| 63. -Arconic (ARNC)(x) | A | Int./Div. | J | T | | | | | |
| 64. -Bed Bath & Beyond (BBBY) | A | Int./Div. | J | T | Buy | 11/01/17 | J | | |
| 65. -Citigroup Inc. NEW | C | Int./Div. | K | T | | | | | |
| 66. -Eaton Corp PLC SHS | A | Int./Div. | J | T | | | | | |
| 67. -Gilead Science (GILD) | A | Int./Div. | J | T | | | | | |
| 68. -Hortonworks Inc. Com(HDP) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/7/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Michael Kors Holdings Ltd. | A | Int./Div. | | | Sold | 11/03/17 | J | A | |
| 70. -SPDR Trust Series 1 (SPY) | A | Int./Div. | L | T | | | | | |
| 71. -Target | A | Int./Div. | J | T | Buy | 03/28/17 | J | | |
| 72. -Walgreen Co. n/k/a Walgreens Boots Alliance (WBA) | B | Int./Div. | J | T | | | | | |
| 73. -Workday Inc. CL A (WDAY) | A | Int./Div. | | | Sold | 11/03/17 | J | C | |
| 74. - Morgan Stanley Smith Barney - Cash | A | Int./Div. | K | T | | | | | |
| 75. Morgan Stanley Smith Barney Acct. 4 (All Cash) | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/7/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/7/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Shadid**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544